**Electronically Filed
Supreme Court
SCWC-18-0000699
09-JUL-2021
01:26 PM
Dkt. 66 OGMR**

SCWC-18-0000699

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR CSMC MORTGAGE LOAN TRUST 2006-7,
Petitioner/Plaintiff-Appellee,

vs.

WATOSHINA LYNN COMPTON,
Respondent/Defendant-Appellant,

and

GABI A. BENGIS; RON SERLE;
DEPARTMENT OF TAXATION – STATE OF HAWAI'I,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000699; CIVIL NO. 17-1-0025(3))

ORDER GRANTING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of Respondent/Defendant-Appellant Watoshina Lynn Compton's motion for reconsideration filed on July 1, 2021, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted.  An amended opinion in the form of a summary disposition order will be filed contemporaneously with this order.

DATED:     Honolulu, Hawaiʻi, July 9, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

